UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80016-T/P-Hurley/Vitunac

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

BARRY EDMUND SIMS,

          Defendant.  /

FILED by ___ D.C.
FEB 24 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on February 24, 2010, for a final hearing on the Petition on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by unlawfully possessing or using a controlled substance.

On January 11, 2010, the defendant submitted a urine specimen which tested positive for the presence of Marijuana in our local laboratory and subsequently confirmed positive by Kroll Laboratories Inc.

The Defendant consulted with counsel and admitted to violating the condition of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that BARRY EDMUND SIMS be found in violation of **his supervised release** and recommends that the

United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 24th day of February, 2010.

*Linnea Johnson*
**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

c: The Honorable Daniel T.K. Hurley
Kimberly Abel, AUSA
Glenn Mitchell, Esquire
David Sutherland, USPO